UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CABAN,

     Plaintiff,

v.                                      Case No. 3:20cv2530-LC-HTC

WARDEN C MAIORANA,
A W PROGRAMS M NEAL,
HEALTH SERVICES ADMINISTRATION D MCGOWAN,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 14, 2020 (ECF No. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but no objections were filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF Doc. 9) is adopted and incorporated by reference in this order.

2.      Plaintiff's amended complaint (ECF Doc. 7) is dismissed under 28

U.S.C. § 1915A and 1915(e)(2).

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of May, 2020.

s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv2530-LC-HTC